**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____  Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Piney Woods Resources, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **45-5610129** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1615 Kent Dairy Road**<br>**Alabaster, AL 35007**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Shelby**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__21__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Case 19-01390-DSC11    Doc 1    Filed 04/02/19    Entered 04/02/19 16:02:42    Desc Main
Document    Page 2 of 26

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Case 19-01390-DSC11   Doc 1   Filed 04/02/19   Entered 04/02/19 16:02:42   Desc Main
Document     Page 3 of 26

Debtor  **Piney Woods Resources**, Inc.                                    Case number (if known) _____
_____
Name

 **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
   **of authorized**          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
   **representative of debtor**
                              I have been authorized to file this petition on behalf of the debtor.

                              I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                              I declare under penalty of perjury that the foregoing is true and correct.

                              Executed on   *04/02/2019*
                                            _____
                                            MM / DD / YYYY

                     **X** *B. Scott Spears*                              **B. Scott Spears**
                        _____          _____
                        Signature of authorized representative of debtor   Printed name

                     Title   **CEO**
                            _____

**18. Signature of attorney**  **X** _____     Date  *4/2/19*
                                     Signature of attorney for debtor            _____
                                                                                 MM / DD / YYYY

                              **Lee R. Benton ASB-8421-E63L**
                              _____
                              Printed name

                              **Benton & Centeno, LLP**
                              _____
                              Firm name

                              **2019 Third Avenue North**
                              **Birmingham, AL 35203**
                              _____
                              Number, Street, City, State & ZIP Code

                              Contact phone   **205-278-8000**          Email address  _____

                              **ASB-8421-E63L** AL
                              _____
                              Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Piney Woods Resources, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ALABAMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Calera Industrial Supply 9300 Hwy 25 S Calera, AL 35040** | | | | | | $101,628.06 |
| **Drummond Coal Sales, Inc. P.O. Box 10246 Birmingham, AL 35202** | | | | | | $207,182.22 |
| **Dunn Construction P. O. Box 11967 Birmingham, AL 35202** | | | | | | $105,863.84 |
| **Dyno Nobel Dept. 2643 P. O. Box 122643 Dallas, TX 75312-2643** | | | | | | $150,134.55 |
| **GMS Mine Repair & Maintenance P. O. Box 2446 32 Enterprise Drive Oakland, MD 21550** | | | | | | $720,411.80 |
| **Jamas Technology, Inc. 1070 Williams Trace Birmingham, AL 35242** | | | | | | $137,388.00 |
| **Jennmar 860 North Sandcut Rd Earlington, KY 42410** | | | | | | $132,813.05 |
| **Jones Machine & Welding P. O. Box 264 Oakman, AL 35579** | | | | | | $114,193.63 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joy Global Underground Mining, LLC P. O. Box 504794 St. Louis, MO 63150-4794 | | | | | | $515,224.85 |
| Macquarie Corporate and Asset Funding 125 W 55th Street Level 22 New York, NY 10019 | | | | | | $335,249.84 |
| McPherson Oil 5051 Cardinal Street Trussville, AL 35173 | | | | | | $704,693.86 |
| National Armature & Machine P. O. Box 655 Holden, WV 25625 | | | | | | $126,662.10 |
| Portfolio Advisors VIII, LLC 2935 Country Drive Suite 102 Little Canada, MN 55117 | | | | | | $148,195.00 |
| Refab Co., Inc. P. O. Box 437 Stollings, WV 25646 | | | | | | $175,220.00 |
| Tabor Machinery 1176 Shelter Road Princeton, WV 24739 | | | | | | $96,040.81 |
| Thompson Tractor Co., Inc. PO Box 934005 Atlanta, GA 31193-4005 | | | | | | $586,843.83 |
| Tractor & Equipment Company 5336 Airport Hwy Birmingham, AL 35212 | | | | | | $611,283.56 |
| Triangle Construction, Inc. P.O. Box 5 Cordova, AL 35550 | | | | | | $263,248.72 |
| USA Ready Mix, LLC P.O. Box 730197 Dallas, TX 75373-0197 | | | | | | $107,022.30 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Warrior Tractor & Equipment 2149 Hwy 31 S Pelham, AL 35124** | | | | | | $352,639.33 |

Case 19-01390-DSC11     Doc 1     Filed 04/02/19     Entered 04/02/19 16:02:42     Desc Main Document     Page 7 of 26

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Piney Woods Resources, Inc.**

                        Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Anthony Bogolin<br>111 Timber Trace Crossing<br>Wentzville, MO 63385 | | | |
| Brian O'Dea<br>P.O. Box 847<br>Alabaster, AL 35007 | | | |
| Cary Harwood<br>1022 Ocran Road<br>White Stone, VA 22578 | | | |
| Everett King<br>12 Snow Forest Lane<br>Sandy, UT 84092 | | | |
| Paul Vining<br>12132 Captains Landing<br>North Palm Beach, FL 33408 | | | |
| RCF V Annex Fund LP<br>1400 Sixteenth Street, Ste. 200<br>Denver, CO 80202 | | | |
| Resource Capital Fund V L.P.<br>1400 Sixteenth Street, Ste. 200<br>Denver, CO 80202 | | | |
| Resource Capital Fund VI LP<br>1400 Sixtreenth Street, Ste. 200<br>Denver, CO 80202 | | | |
| Ron Hite<br>19577 Havensway Ct<br>Boca Raton, FL 33498 | | | |
| Scott Spears<br>6220 Lake Cove Dr<br>Tuscaloosa, AL 35406 | | | |
| Tacoa Minerals, LLC<br>Freestyle Fund Services, LLC<br>6 Peter Cooper Rd Ste. 2B<br>New York, NY 10010 | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: __Piney Woods Resources, Inc.__          Case No. _____

                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _April 2, 2019_         Signature _B. Scott Spears_

                                                 **B. Scott Spears**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Piney Woods Resources, Inc.**                Case No.

                                         Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Piney Woods Resources, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anthony Bogolin**
**111 Timber Trace Crossing**
**Wentzville, MO 63385**

**Brian O'Dea**
**P.O. Box 847**
**Alabaster, AL 35007**

**Cary Harwood**
**1022 Ocran Road**
**White Stone, VA 22578**

**Everett King**
**12 Snow Forest Lane**
**Sandy, UT 84092**

**Paul Vining**
**12132 Captains Landing**
**North Palm Beach, FL 33408**

**RCF V Annex Fund LP**
**1400 Sixteenth Street, Ste. 200**
**Denver, CO 80202**

**Resource Capital Fund V L.P.**
**1400 Sixteenth Street, Ste. 200**
**Denver, CO 80202**

**Resource Capital Fund VI LP**
**1400 Sixtreenth Street, Ste. 200**
**Denver, CO 80202**

**Ron Hite**
**19577 Havensway Ct**
**Boca Raton, FL 33498**

**Scott Spears**
**6220 Lake Cove Dr**
**Tuscaloosa, AL 35406**

**Tacoa Minerals, LLC**
**Freestyle Fund Services, LLC**
**6 Peter Cooper Rd Ste. 2B**
**New York, NY 10010**

☐ None [*Check if applicable*]

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

Date    4/2/19

Lee R. Benton ASB-8421-E63L

Signature of Attorney or Litigant

Counsel for   **Piney Woods Resources, Inc.**

**Benton & Centeno, LLP**

**2019 Third Avenue North
Birmingham, AL 35203
205-278-8000**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

Alton Brasher
16204 South Brook Loop
Brookwood, AL 35444

Brandon Kicklighter
200 Meadowview Cir
Clanton, AL 35045

Komatsu Financial Limited Partnership
1701 W. Golf Rd. Ste. 1-200
Rolling Meadows, IL 60008

Alton Stevens
7190 Highway 61  Lot 2
Wilsonville, AL 35186

Brandon Kirkland
61 County Road 5003
Jemison, AL 35085

Macquarie Corporate & Asset Funding, Inc.
3100 West End Avenue
Nashville, TN 37203

Andy Morrow
143 Barton Chapel Loop Rd
Cordova, AL 35550

Brandon Lowery
327 Boothe Lane
Brierfield, AL 35035

Narco
P.O. Box 549
Smithers, WV 25186

Anthony Bogolin
111 Timber Trace Crossing
Wentzville, MO 63385

Brandon Smith
12785 E Capitol Dr
Lawley, AL 36793

Resource Capital Fund VI LP
1400 Sixtreenth Street, Ste. 200
Denver, CO 80202

Anthony Jenkins
1679 Republic Rd
Mount Olive, AL 35117

Brian O'Dea
P.O. Box 847
Alabaster, AL 35007

Thompson Tractor Co., Inc.
P.O. Box 10367
Birmingham, AL 35202

Ashley Redfield
307 Mills Way
Pelham, AL 35124

Brittani Shelton
105 Sugar Hill Ln
Alabaster, AL 35007

Tractor & Equipment Co.
5336 Airport Highway
Birmingham, AL 35212

Austin Holsomback
174 Brantleyville Road
Brantleyville, AL 35114

Caleb Campoy
Huntley Apartment Drive  Apt # 14
Pelham, AL 35124

Adam Stano
160 Hwy 54
Montevallo, AL 35115

Barry Dunlap
6775 Sunny Dell Dr
Hueytown, AL 35023

Cameron Hogg
8410 Bagley Road
Dora, AL 35062

Adam Williams
6703 County Rd 42
Jemison, AL 35085

Barry Elliott
563 Cahaba Manor Dr
Pelham, AL 35124

Carlos Coffee
150 Shaw St
Jemison, AL 35085

Casie Clough
421 Tocoa Road
Helena, AL 35080

Darrell Matherly
259 Waterford Cove T
Calera, AL 35040

Drayton Green
749 Provence Dr
Vestavia Hills, AL 35242

Chandler Glasscock
71 Holloway Hill Dr
Montevallo, AL 35115

Darren Atwell
305 Lee Street
Richlands, VA 24641

Edward Kromer
92 Phillips Rd.
Montevallo, AL 35115

Charles Pennington
474 Coffee Creek
Woodstock, AL 35188

David Drake
199 Co Rd 776
Montevallo, AL 35115

Elijah Slaton
130 Triple R Drive
Maylene, AL 35114

Charles Scott Jr
3024 Highview Lane
Calera, AL 35040

David Ryan
11149 Constitution Dr
Duncanville, AL 35456

Emory Gilliland
15229 Serty Boyd Road
Duncanville, AL 35456

Christopher Kicklighter
245 County Rd 68 E
Deatsville, AL 36022

David Shirah Sr
5106 Spring Creek Road
Montevallo, AL 35115

Frank Fowler
4372 Highway 10
Montevallo, AL 35115

Corey Buckner
1370 Reds Ct
Prattville, AL 36067

David Sumner
104 Courtside Dr
Birmingham, AL 35242

Gendal Johnson
1743 Patton Hill Rd
Townley, AL 35587

Curtis Odom
4733 Meadow Cir
Dora, AL 35062

David Wydemon
15275 Ralph Cooley Rd
Coaling, AL 35453

George Riffe
200 Co Rd 106
Montevallo, AL 35115

Damian Woodruff
1011 Heflin Ave W
Birmingham, AL 35214

Deborah Moreland
2151 Alabama Highway 155
Jemison, AL 35085

George Wallace
10035 County Road 59
Verbena, AL 36091

Daniel King
12765 Teddy Dr
McCalla, AL 35111

Donald Ford
247 Booth Lane
Brierfield, AL 35035

Gerald Bell
4001 Debby Dr
Adamsville, AL 35005

Glynn Moreland
2151 Alabama Highway 155
Jemison, AL 35085

Jason Furgason
1911 Eastern Valley Rd
Bessemer, AL 35022

Jody Steele Jr
151 Cr 91
Jemison, AL 35085

Gregory Ison
11943 Day Lake Dr
Brookwood, AL 35444

Jason George
13197 George Road
McCalla, AL 35111

John Alan Calvert
2093 County Line Road
Trafford, AL 35172

Harold Cornelius
5616 Co Road 55
Haleyville, AL 35565

Jason Key
1106 Main Street
Sumiton, AL 35148

John Alvis
62 Hayfield Loop
Dora, AL 35062

Harvey Jones
2574 Highway 311
Shelby, AL 35143

Jason Phillips
1010 Gent Ave
Johnston City, IL 62951

John Hill
225 Nottingham Drive
Calera, AL 35040

Hunter Norris
8074 Forestwood Cir
Dora, AL 35062

Jason Runyan
1111 Aronimink Dr
Calera, AL 35040

John Lee
11014 Pea Gravel Lane
Coaling, AL 35453

Jacob Squires
613 Bahia Ln
Bessemer, AL 35023

Jennifer Chaney
275 Deerbrook Rd
Pell City, AL 35125

John Moore
51 Clairecastle Ln
Vincent, AL 35178

James Mitchell
634 Forest Hills Rd
Alabaster, AL 35007

Jimmy Mills
19382 AL-145
Shelby, AL 35143

John Rainey
61 Appletree Lane
Montevallo, AL 35115

James Robertson
213 Warshoal Branch Road
Jackson, KY 41339

Jimmy Salser
96 Fitch Way
Brierfield, AL 35035

John Roach
319 Willow Glen Dr
Alabaster, AL 35007

James Shirley
757 Reed Creek Dr
Shelby, AL 35143

Jody Steele III
1588 Co Rd 247
Clanton, AL 35045

Johnny Holstein
85 B Norris Lane
Alabaster, AL 35007

Jonathan Holsomback
75 Pea Ridge Dr
Montevallo, AL 35115

Joshua Lewis
106 Sommersby Dr
Pelham, AL 35124

Lute Hall
7581 County Road 49
Verbena, AL 36091

Jonathan Simmons
4045 Prescott Ct
Springville, AL 35146

Julio Nunez
703 Hudson Avenue
Oneonta, AL 35121

Marcus Boyd
222 Brighton Park Way
Madison, AL 35756

Jose Cervantes
105 Azure Street
Oneonta, AL 35121

Justin Marcum
417 Lakeshore Ridge
Birmingham, AL 35211

Mark Graham
120 Co Rd 46
Hanceville, AL 35077

Joseph Adkins
344 Camden Cove Circle
Calera, AL 35040

Keith Howell
106 Patricia St
Hueytown, AL 35023

Mark Wayment
2636 6200 S
Salt Lake City, UT 84121

Joseph Courington
672 Gibson Hill Rd
Berry, AL 35546

Kenneth Bates
1024 42nd Avenue
Tuscaloosa, AL 35401

Martin Brown
219 Quail Ridge Rd
Helena, AL 35080

Joseph Davis
5029 Eubanks Road SE
Bessemer, AL 35022

Kenneth Carr
18523 Double Acre Rd
Vance, AL 35490

Marvin Simpson
945 Parkway Drive
Birmingham, AL 35215

Joseph Evans
1953 Prospect Rd
Nauvoo, AL 35578

Kenneth Clay
254 Prairie Field Dr
Tuscaloosa, AL 35405

Matthew Evans
116 Candler Street
Clanton, AL 35045

Joseph Twigg
21210 Bluebird Lane
Vance, AL 35490

Larry Self
131 Forest Rd
Hueytown, AL 35023

Matthew Ison
40 Owens Branch Road
Slemp, KY 41763

Joshua Grey
1913 Leafwood Cir
McCalla, AL 35111

Larry Workman
106 Co Rd 645
Calera, AL 35040

Matthew Letart
108 Patriot Point Dr
Montevallo, AL 35115

Matthew Ward
12943 Oak Forest Dr
Lake View, AL 35111

Patrick Bice
239 Boothe Lane
Brierfield, AL 35035

Rickie Calfee
1682 North Dakota Road
Thorsby, AL 35171

Micah Smith
7690 U.S. 31
Calera, AL 35040

Patrick Purkey
309 Camden Cove Cir
Calera, AL 35040

Ricky Massey
936 Independence Dr
Alabaster, AL 35007

Michael Little
24 Oakdale Dr
Montevallo, AL 35115

Paul Davis
312 County Road 234
Thorsby, AL 35171

Robert Cummings
2690 Old Birmingham Hwy Apt D
Sylacauga, AL 35150

Michael Maynor
134 Mayfair Ln
Calera, AL 35040

Paul Ramage
118 Canyon Trail
Pelham, AL 35124

Rodney Lewis
909 Broken Bow Trail
Alabaster, AL 35007

Michael Proffitt
26 Frankies Lane
Alabaster, AL 35007

Perry Barron
2402 Torrance Road
Warrior, AL 35180

Ronald Bittle
905 Brickyard Pass
Brierfield, AL 35035

Michael Tinnel
561 Muddlety Valley Rd
Summersville, WV 26651

Perry Ingram
13540 Reedy Drive
Cottondale, AL 35453

Rotimi O'neal
909 Pike Road
Fairfield, AL 35218

Mitchell Howton
13248 Oakwood Estates
McCalla, AL 35111

Philip Fields
6200 Warrior River Rd
Bessemer, AL 35023

Scott Spears
6220 Lake Cove Dr
Tuscaloosa, AL 35406

Nathan Gillespie
166 Shiloh Creek Drive
Calera, AL 35040

Randy Mims
3050 Co Rd 107
Randolph, AL 36792

Skylar Shelton
105 Sugar Hill Ln
Alabaster, AL 35007

Nicholas Frye
26166 AL-145
Wilsonville, AL 35186

Randy Riddle
2619 Jefferson Avenue
Point Pleasant, WV 25550

Steve Pauley
26166 Highway 145
Wilsonville, AL 35186

Steven Hendricks
150 Thoroughbred Lane
Alabaster, AL 35007

Timothy Mathis
18 Wildflower Dr
Maylene, AL 35114

Wilhelmina McGhee
Timberline West   Apt 405
Bessemer, AL 35022

Steven Stano
117 Market Street
Centreville, AL 35042

Timothy Nelson
4045 Prescott Court
Springville, AL 35146

William Burton
1529 Arcade Terrace
Bessemer, AL 35023

Steven Webb
14884 N Scottsville Rd
West Blocton, AL 35184

Tony Osborne
8513 Cross Creek Way
Bessemer, AL 35023

William Quinn
236 Azalea Ln
West Blocton, AL 35184

Thomas Elmore
1085 Garnet Drive
Calera, AL 35040

Tosha Pritt
8327 Hwy 17
Alabaster, AL 35114

William Stone
3734 University Way
Centreville, AL 35042

Thomas Fisher
129 Addison Dr
Calera, AL 35040

Tra Richardson
542 Walker Rd
Pelham, AL 35124

William Strickland
650 Co Rd 210
Jemison, AL 35085

Thomas Hollis
1226 County Road 187
Jemison, AL 35085

Travis Sledge
3493 County Road 15
Maplesville, AL 36750

Zachary McLaughlin
1010 Wyndham Ln
Helena, AL 35080

Thomas King
15617 Peace Valley Rd
Brookwood, AL 35444

Tyler Guy
4 Montebello Lane
Montevallo, AL 35115

A&A Resources
126 Lester Doss Road
P. O. Box 190
Warrior, AL 35180

Thomas Stocks
610 Pinewood Court
Hueytown, AL 35023

Tyler Letart
1801 Woodbrook Circle   Apt F
Alabaster, AL 35007

AAA Mine Service, Inc.
18 Mountain View Drive
Hazard, KY 41701

Thomas Tonnessen Jr
122 Harris Lane
Maylene, AL 35114

Vaughn Hill
511 Laurel Woods Trail
Helena, AL 35080

ADP, Inc.
P. O. Box 842875
Boston, MA 02284-2875

| | | |
|---|---|---|
| Advantage Plumbing & Septic<br>P.O. Box 5526<br>Birmingham, AL 35207 | American Mine Power, Inc.<br>584 Ragland Road<br>Beckley, WV 25801 | Bessemer Fastener & Supply Inc.<br>P.O. Box 1345<br>Bessemer, AL 35021 |
| Advantage Waste LLC<br>P.O. Box 5526<br>Birmingham, AL 35207 | American Pest Control<br>1441 Montgomery Hwy<br>Vestavia Hills, AL 35216 | Birmingham Powder and Supply C<br>2804 Cherry Avenue<br>Birmingham, AL 35214 |
| Airgas USA LLC<br>2015 Vaughn Road<br>Bldg 400<br>Kennesaw, GA 30144 | American Printing Co<br>249 North Main Street<br>Madisonville, KY 42431 | Birmingham Rubber<br>& Gasket Company, Inc.<br>200 Industrial Drive<br>Birmingham, AL 35226 |
| Alabama Coal Association<br>#2 Office Park Circle<br>Suite 200<br>Birmingham, AL 35223 | AT&T<br>P. O. Box 5019<br>Carol Stream, IL 60197 | Blaising Fire & Water<br>3025 Wilson Street<br>Pelham, AL 35124 |
| Alabama Power<br>P.O. Box 242<br>Birmingham, AL 35292 | AT&T<br>RM 39-N-13<br>909 Chestnut Street<br>St. Louis, MO 63101-2017 | Bowles Rice LLP<br>P. O. Box 1386<br>Charleston, WV 25325 |
| Alabama Sling Center<br>4101 Hoke Avenue<br>Po Box 529<br>Dolomite, AL 35061 | ATG USA<br>P. O. Box 16235<br>Little Rock, AR 72231 | Brownlee-Morrow<br>7450 Cahaba Valley Road<br>Birmingham, AL 35242 |
| Alabaster Water Board<br>213 1st Street North<br>Alabaster, AL 35007 | Atlas Copco<br>15045 Lee Road<br>Houston, TX 77032 | Bunker Repair Service, Inc.<br>383 Industrial Park Road<br>Bluefield, VA 24605 |
| Alvarez & Marsal Taxand, LLC<br>Attn: Liz Carrington<br>600 Madison Ave. 8th Floor<br>New York, NY 10022 | B&G Equipment & Sales<br>Dept 0606<br>P. O. Box 11407<br>Birmingham, AL 35246-0606 | CAI Industries<br>P. O. Box 70<br>Hico, WV 25854 |
| American Hydraulics & Rebuild<br>P. O. Box 26<br>Logan, WV 25601 | Berney Office Solutions<br>P. O. Box 932893<br>Atlanta, GA 31193-3025 | Calera Industrial Supply<br>9300 Hwy 25 S<br>Calera, AL 35040 |

Caron East, Inc.
429 N Mechanic Street
Cumberland, MD 21502

Chemical Sales & Consulting, LLC
P. O. Box 4003
Pikeville, KY 41502

Consolidated Pipe & Supply Co., Ir
1205 Hilltop Pkwy
Birmingham, AL 35204

Carpenter's Repair Inc.
P.O. Box 415
Lake, WV 25121

Chemstream Inc.
511 Railroad Avenue
Homer City, PA 15748

Continental Message Solution, Inc.
41 South Grant Avenue
Columbus, OH 43215

Carroll Engineering Co.
P. O. Box 860
Harlan, KY 40831

Christian Bros. Facility Mgmt. Group
7823 Saddlewood
Bessemer, AL 35022

Contour Engineering, LLC
1955 Vaughn Road
Suite 101
Kennesaw, GA 30144

Caterpillar Financial Services Corp
P. O. Box 730681
Dallas, TX 75373-0681

Cincinnati Mine Machinery Co
2950 Jonrose Avenue
Cincinnati, OH 45239-5319

Corporate Governance Risk
50 Bay View Terrace
Claremont, W Aust. 06010

Cavco, Inc.
PO Box 157
Bon Air, AL 35032

Cintas Corporation
5960 Greenwood Pkwy
Bessemer, AL 35022

Cowin Equipment
P. O. Box 10624
Birmingham, AL 35202-0624

Central Alabama Ice, LLC
13148 County Road 29
Clanton, AL 35045

CIT
Customer Service
P. O. Box 550599
Jacksonville, FL 32255-0599

Crane U, Inc.
5650 Double Oak Lane
Birmingham, AL 35242

Central Drill
1212 Studdard Rd
Jasper, AL 35503

Clinch River Corporation
1176 Shelter Road
Princeton, WV 24739

CraneWorks, Inc.
2728 Rev. Abraham Woods Blvd
Birmingham, AL 35203

Ceramic Technology, Inc.
606 Wardell Industrial Park Rd
Cedar Bluff, VA 24609

CoalMont Electrical Development
22577 Hwy 216
Mcalla, AL 35111-2705

Crusher Works, LLC
83 Mt. Laurel Avenue
Birmingham, AL 35242

Chatham Steel
401 Avenue W
Birmingham, AL 35214

Cogar Manufacturing, Inc.
P. O. Box 532
Beckley, WV 25802

Daily Ag Products, Inc.
P. O. Box 3225
Paducah, KY 42002-3325

Dell Business Credit
Payment Processing Center
P. O. Box 5275
Carol Stream, IL 60197-5275

Enersys
1604 Solutions Center
Chicago, IL 60677-1006

General Machinery
P.O. Box 179
Columbus, GA 31902-0179

Dexter Fortson Associates, Inc.
5511 Powder Plant Lane
Bessemer, AL 35022

Farley Tractor Company
101 Oakhill Road
Jasper, AL 35504

Global Industrial
29833 Network Place
Chicago, IL 60673

Digital Trends Corporation
P. O. Box 660375
Birmingham, AL 35266

Fenner Dunlop Americas, LLC
1000 Omega Drive
Suite 1400
Pittsburgh, PA 15205

GMS Mine Repair & Maintenance
P. O. Box 2446
32 Enterprise Drive
Oakland, MD 21550

Doyle Trading Consultants
P.O. Box 418860
Boston, MA 02241-8860

Fire & Safety, Inc.
1404 10th Ave W
Jasper, AL 35501

Gracom Solutions
P. O. Box 922
Cullman, AL 35056

Drummond Coal Sales, Inc.
P.O. Box 10246
Birmingham, AL 35202

Fleet Pride
P. O. Box 281811
Atlanta, GA 30384

Grainger
Dept. 872416656
Palantine, IL 60038-0001

Dry Systems Technologies, LLC
1430 US HWY 45N
Vienna, IL 62995

FLSmidth Inc.
Tuscon Operations, Dept. 3252
P.O. Box 123252
Dallas, TX 75312-3252

H&H
3509 Hwy 31 S
Pelham, AL 35124

Dunn Construction
P. O. Box 11967
Birmingham, AL 35202

Foley Products Company
1030 First Avenue
Columbus, GA 31901

Halvoline Xpress Lube #3
851 First Street North
Alabaster, AL 35007

Dyno Nobel
Dept. 2643
P. O. Box 122643
Dallas, TX 75312-2643

Forestry Suppliers, Inc.
P. O. Box 8397
Jackson, MS 39284

Harris Rebar Nufab LLC
1342 Grandstaff Drive
Auburn, IN 46706

Energy Technical Services, LLC
14176 Highway 69N
Northport, AL 35475

GCR Tires & Service
1804 5th Avenue
Jasper, AL 35501-5396

Harris Safety and Consulting
316 Timber Ridge Trail
Alabaster, AL 35007

Heavy Maintenance Supply, Inc.
1803 5th Avenue South
Jasper, AL 35501

J&J Glass
P. O. Box 9933
Birmingham, AL 35220

Jones Heating & Air
P. O. Box 129
Brookwood, AL 35444

Highland Machinery
P. O. Box 1190
Oak Hill, WV 25901

Jackson Kelly PLLC
P. O. Box 941
Evansville, IN 47706-0941

Jones Machine & Welding
P. O. Box 264
Oakman, AL 35579

HUDCO Industrial Products, Inc.
3100 Morgan Road
Bessemer, AL 35022

Jadco Manufacturing Inc.
P. O. Box 465
Zelienople, PA 16063

Joseph Forest Enterprises Inc.
320 Joseph Drive
Columbiana, AL 35051

Hydra Service, Inc.
P. O. Box 365
Warrior, AL 35180

Jamas Technology, Inc.
1070 Williams Trace
Birmingham, AL 35242

Joy Global Underground Mining, L
P. O. Box 504794
St. Louis, MO 63150-4794

Imerys
100 Mansell Court East
Suite 300
Roswell, GA 30076-4824

JBLCO, LLC
1051 Main Street
Suite 100
Milton, WV 25541

Kaman Industrial Technologies
1 Vision Way
Bloomfield, CT 06002

Industrial Fire & Safety Equipment Co.
1229  1st Avenue South
Birmingham, AL 35233

Jefferson Fuel Source, LLC
P. O. Box 360952
Birmingham, AL 35236

Kanawha Scales & Systems
100 Piper Lane
Alabaster, AL 35007

Industrial Mining Supply, Inc.
2500 Five Star Parkway
Bessemer, AL 35022

Jennchem, LLC
P. O. Box 603800
Charlotte, NC 28260-3800

Kendall Electric, Inc.
5101 S Sprinkle Road
Portage, MI 49002

Industrial Supply Company of Knoxville
P. O. Box 1906
Knoxville, TN 37901

Jennmar
860 North Sandcut Rd
Earlington, KY 42410

Laborchex, Inc.
2301 Arlington Ave. S
Suite 100
Birmingham, AL 35205

J&J Consulting LLC
3888 Ridgelane Drive
Henderson, KY 42420

Jim House & Associates
P. O. Box 101957
Irondale, AL 35210

Langley Mining LLC
2344 N. Suntuoso Ct.
Farmington, NM 87401

Lee Rodgers Tires
P. O. Box 12965
Birmingham, AL 35202

McPherson Oil
5051 Cardinal Street
Trussville, AL 35173

Motion Industries
824 N 31st Street
Birmingham, AL 35203

Louis Allis
645 Lester Doss Road
Warrior, AL 35180

Metro Trailer
100 Metro Parkway
Pelham, AL 35124

Nabors Radiator
617 25th Street South
Birmingham, AL 35233

Macquarie Corporate and Asset Funding
125 W 55th Street
Level 22
New York, NY 10019

Metropolitan Life Insurance Company
P. O. Box 804466
Kansas City, MO 64180-4466

National Armature & Machine
P. O. Box 655
Holden, WV 25625

Mapei Corporation
1111 East Newport Center Drive
Deerfield Beach, FL 33442

Mine and Mill Supply Company, LLC
370 Mine Equipment Road
Dawson Springs, KY 42408

NexAir
3105 Pinson Valley Parkway
Birmingham, AL 35217

Marigold Works, LLC
1000 Urban Center Drive
Suite 300
Vestavia Hills, AL 35242

Mine Lifeline LLC
P. O. Box 4542
Chapmanville, WV 25508

Nexus Terra LLC
P. O. Box 136
Blacksburg, WV 24063

Marshall Miller & Associates, Inc.
582 Industrial Park Road
Bluefield, VA 24605

Mineral Labs, Inc.
Box 549
Salyersville, KY 41465

Norris Screen & Manufacturing
24707 Network Place
Chicago, IL 60673-1247

Mato Corporation
P. O. Box 7268
Beckley, WV 25802

Mobile Mini, Inc.
7420 S Kyrene Rd
Suite #101
Tempe, AZ 85283

O'Reilly Auto Parts
P. O. Box 9464
Springfield, MO 65801-9464

Mayer Electric Supply Company, Inc.
3405 4th Avenue South
Birmingham, AL 35222

Montevallo Water Works & Sewer Board
613 Valley Street
Montevallo, AL 35115

Oil Equipment Co Inc.
6841 Gadsden Highway
Trussville, AL 35173

Mcgehee Engineering Corp
P. O. Box 3431
Jasper, AL 35502-3431

Morris-Coker, Inc.
P. O. Box 1106
Beckley, WV 25802

Oldcastle APG South DBA: GMS, L
125 Industrial Park Circle
Lawrenceville, GA 30046

Paul's Fan Company
P. O. Box 61
Big Rock, VA 24603

Progressive Industries, Inc.
P. O. Box 2219
Morgantown, WV 26502

RGGS Land & Mineral Ltd.,L.P.
ATTN: Tom Speck
100 Waugh Drive Suite 400
Houston, TX 77007

Pea Ridge Fire & Rescue
P. O. Box 177
Montevallo, AL 35115

Promodular, Inc.
P. O. Box 16869
Jackson, MS 39236

Richwood Industries, Inc.
P. O. Box 1298
Huntington, WV 25714

Pense Bros. Drilling Co., Inc.
P. O. Box 551
800 Newberry Street
Freddericktown, MO 63645

Quaker Chemical Corporation
901 E Hector Street
Conshohocken, PA 19428

RJR Mining Company, Inc.
P. O. Box 1253
Cullman, AL 35056

Perry Supply, Inc.
831 1st Ave N
P. O. Box 1237
Birmingham, AL 35201-1237

Quality Magnetite, LLC
2620 U.S. Rt. 52
P. O. Box 437
Kenova, WV 25530

S&S Heavy Equipment and A/C S
13534 Deerlick Road
Tuscaloosa, AL 35406

Phoenix Process Equipment Co.
2402 Watterson Trail
Louisville, KY 40299

Randy Stephens C/O R&S Farms
4850 Antioch Road
Centreville, AL 35042

Sage Software, Inc
14855 Collection Center Drive
Chicago, IL 60693

Portfolio Advisors VIII, LLC
2935 Country Drive
Suite 102
Little Canada, MN 55117

RCF Management LLC
1400 16th Street
Ste 200
Denver, CO 80202

Sandvik Mining and Construction U
Company Code:   4684
Dept CH-10576
Palatine, IL 60055-0576

Price Civil Services, Inc.
12289 Bama Rock Gardens Road
Vance, AL 35490

Refab Co., Inc.
P. O. Box 437
Stollings, WV 25646

Sauls Seismic, Inc.
2879 Alton Way
Birmingham, AL 35210

Process Machinery Inc.
137 West Oxmoor Rd
Suite 415
Birmingham, AL 35209

Republic Service #802
P. O. Box 9001099
Louisville, KY 40290-1099

Selman & Company
6110 Parkland Boulevard
Cleveland, OH 44124-4187

Professional Highwall Mining Services
330 Harper Park Drive
Suite E
Beckley, WV 25801

Retirement Plan Services, LLC
1699 S. Hanley Road
Suite 300
St. Louis, MO 63144

SGS North America, Inc.
6601 Kirkville Road
East Syracuse, NY 13057

Shelby County Newspapers, Inc.
P. O. Box 947
Columbiana, AL 35051

Staples Advantage
Dept ATL
P. O. Box 405386
Atlanta, GA 30384-5386

Syn-Tech Systems
P. O. Box 5258
Tallahassee, FL 32314

Sherman Industries, LLC
400 Riverhills Business Park
Suite 405
Birmingham, AL 35242

Stewart Lubricants & Service Co., Inc.
144 Citation Court
Birmingham, AL 35209

Tabor Machinery
1176 Shelter Road
Princeton, WV 24739

Shook & Fletcher
P. O. Box 380511
Birmingham, AL 35238

Stifel, Nicolaus & Company, Inc.
501 N. Broadway
St. Louis, MO 63102

Thompson Tractor Co., Inc.
PO Box 934005
Atlanta, GA 31193-4005

Signs Now
1919 Hoover Court
Birmingham, AL 35226

Strata Equipment, LLC
8995 Roswell Road
Suite 200
Sandy Springs, GA 30350

Thornton Welding & Machine, Inc.
6001 Grover Burchfield Drive
Tuscaloosa, AL 35401

Southeastern Conveyor Services, Inc.
2851 Valley Hill Circle
Adamsville, AL 35005

Strata Products USA LLC
Huntington Bark, L-3675
Columbus, OH 43260

Toolpushers Supply Co.
P.O. Box 1714
Casper, WY 82602

Southern Access Capital
P. O. Box 530912
Birmingham, AL 35253

Strategic Value Media
8700 Indian Creek Parkway
Suite 300
Overland Park, KS 66210

Tractor & Equipment Company
5336 Airport Hwy
Birmingham, AL 35212

Southern LINC
P. O. Box 931581
Atlanta, GA 31193-1581

Sunbelt Rentals
P. O. Box 410968
Charlotte, NC 28241

Trammell Equipment Co., Inc.
P.O. Box 320155
Birmingham, AL 35232

Spire
P.O. Box 2224
Birmingham, AL 35246-0022

Sunshine Supplies
P. O. Box 8
Watson, AL 35181

Tren Services, Inc.
P.O. Box 117
Harts, WV 25524

Sprint
P. O. Box 4181
Carol Stream, IL 60197-4181

Swormsco, Inc.
P. O. Box 99
Listie, PA 15549

Trey K Mining & Electric, Inc.
PO Box 235
6290 State Highway 194 East
Kimper, KY 41539

| | | |
|---|---|---|
| Triangle Construction, Inc.<br>P.O. Box 5<br>Cordova, AL 35550 | Vulcan Telecom<br>1919 Kelly Lane<br>Leeds, AL 35094 | Alabama Surface Mining Commissi<br>Legal Div. - G. Milton McCarthy Jr.<br>P. O. Box 2390<br>Jasper, AL 35502-2390 |
| Triple Crown Products<br>814 Ela Ave<br>Waterford, WI 53185 | Warren Averett LLC<br>2500 Acton Road<br>Birmingham, AL 35243-0009 | Berkley Select<br>233 S. Wacker Drive, Ste. 3900<br>Chicago, IL 60606 |
| Tuck Management Group, Inc.<br>P.O. Box 536<br>Kingsport, TN 37662-0536 | Warrior Tractor & Equipment<br>2149 Hwy 31 S<br>Pelham, AL 35124 | Brett Beatty<br>1400 16th St. Ste. 200<br>Denver, CO 80202 |
| Tunnel Radio of America, Inc.<br>6435 Hyslop Road<br>Corvallis, OR 97330 | WC Hydraulics, LLC<br>172 Philpot Lane<br>Beaver, WV 25813 | Carmeuse Lime & Stone<br>11 Stanwix Street, Ste. 21<br>Pittsburgh, PA 15222 |
| U.S. Crusher Corp<br>Po Box 6623<br>Huntington, WV 25772 | WPS<br>1052 Gadsden Highway<br>Birmingham, AL 35235 | Cary Harwood<br>1022 Ocran Road<br>White Stone, VA 22578 |
| United Central Industrial Supply Co,LLC<br>PO Box 743849<br>Atlanta, GA 30374-3849 | Alabama Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36104 | Coking Coal Finance, LLC<br>3500 35th Avenue North<br>Birmingham, AL 35207 |
| United States Steel Corporation<br>TCI Building<br>610 Preserve Pkwy, Suite 200<br>Hoover, AL 35226 | Alabama Dpt of Environmental Mngmnt<br>Birmingham Field Office<br>110 Vulcan Road<br>Birmingham, AL 35209 | Delmar Asset Management<br>Freestyle Fund Services, LLC<br>6 Peter Cooper Rd. Ste. 2B<br>New York, NY 10010 |
| Unum Life Insurance<br>Company of America<br>PO Box 406979<br>Atlanta, GA 30384-6979 | Alabama Office of Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 | Everett King<br>12 Snow Forest Lane<br>Sandy, UT 84092 |
| USA Ready Mix, LLC<br>P.O. Box 730197<br>Dallas, TX 75373-0197 | Alabama Property Company<br>600 North 18th Street<br>Birmingham, AL 35291 | Great Midwest Insurance Company<br>800Gessner Road #600<br>Houston, TX 77024 |

Indemnity National Insurance Co
c/o Cumberland Surety
1400 South Broadway, Ste. 100
Lexington, KY 40508

RCF V Annex Fund LP
1400 Sixteenth Street, Ste. 200
Denver, CO 80202

Twin City Fire Insurance Company
One Hartford Plaza
Hartford, CT 06155

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Resource Capital Associates V L.P., GP
1400 Sixteenth Street, Suite 200
Denver, CO 80202

Twin Creeks Timber, LLC
1301 5th Avenue, Ste. 2700
Seattle, WA 98101

Iron Mountain Insurance
2170 Highland Ave. S. Ste. 100
Birmingham, AL 35205

Resource Captial Associates V LP GP
1400 Sixteenth Street, Ste. 200
Denver, CO 80202

U.S. Environmental Protection Age
Region 4, Sam Nunn Atlanta Fed C
61 Forsyth Street, SW
Atlanta, GA 30303-8960

Ironshore Indemnity
P.O. Box 3407
New York, NY 10008

Rockwood Casualty Insurance Company
654 Main Street
Rockwood, PA 15557

U.S. Steel
610 Preserve Pkwy, Ste. 200
Birmingham, AL 35226

Jefferson Fuel Source, LLC
P.O. Box 360952
Birmingham, AL 35226

Ron Hite
19577 Havensway Ct
Boca Raton, FL 33498

United States Attorney's Office
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203

Morris Macleod
Freestyle Fund Services LLC
6 Peter Cooper Rd Ste 2B
New York, NY 10010

Southern Coal & Land Company
4124 Autumn Lane
Birmingham, AL 35243

United States Internal Revenue Se
801 Tom Martin Drive
Birmingham, AL 35211

National Union Fire Insurance Co
of Pittsburgh, PA
175 Water Street, 18th Floor
New York, NY 10038

Southern Electric Generating Co
3535 Colonnade Pkwy
Birmingham, AL 35243

Yellowhammer Energy Solutions
912 Edenton St.
Birmingham, AL 35242

Paul Vining
12132 Captains Landing
North Palm Beach, FL 33408

StarStone Specialty
185 Hudson Street, Ste. 2600
Jersey City, NJ 07311

RCA V GP Ltd
RCF V Annex Fund LP
1400 Sixteenth Street Ste. 200
Denver, CO 80202

Tacoa Minerals, LLC
Freestyle Fund Services, LLC
6 Peter Cooper Rd Ste. 2B
New York, NY 10010